IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 12-cr-00221-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL PATRICK CORRIGAN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED: October 03, 2012**

    This matter is set for Status Conference/Conditions of Release on October 04, 2012 at 3:00 p.m.